UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-0210-FL-KS-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| TRINITY SKY ALSTON | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In the defendant's plea agreement, she agreed to pay immediately any restitution ordered by the Court, including specifically to victim J.B.  Pursuant to 18 U.S.C. §§ 1593, 3663, and 3664, and in accordance with the terms and conditions of the plea agreement and agreement of the defendant and the United States, the Court orders that:

The defendant shall pay $10,000 in total restitution to C.B. on behalf of victim J.B. Restitution is due and payable in full immediately and any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.  This consent order shall be made part of the defendant's criminal judgment in this case.

SO ORDERED, this \_\_10th\_\_ day of \_\_March_____, 2026.

_____
LOUISE WOOD FLANAGAN
United States District Judge

AGREED AND CONSENTED TO BY:

*/s/ Leza Driscoll*                    March 6, 2026
LEZA DRISCOLL                    Date
Counsel for Defendant


W. ELLIS BOYLE
United States Attorney

*/s/Jake D. Pugh*                    March 6, 2026
JAKE D. PUGH                    Date
Assistant United States Attorney

2